# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-0373 AG (FFMx) | Date | September 15, 2009 |
|---|---|---|---|
| Title | CLARICE VENTURA v. EDWARD HO, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge |
|---|---|

| J. Muñoz | CS 09/15/09 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Steven Wedel S/A for Mark Potter | Derek Banducci |

**Proceedings:**     **PLAINTIFF'S MOTION TO WITHDRAW ADMISSIONS**

Case called. Counsel make their appearance. Court hears arguments.

Plaintiff's motion to withdraw admissions is granted as stated on the record.

:    06

Initials of Preparer    JM