JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARICE VENTURA, | Case No.: SACV 09-0373 AG (FFMx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| THE H&N GROUP MANAGEMENT CO., a California Corporation; HAPPY NAILS OF SAN CLEMENTE, L.P., | |
| Defendants. | |

Following trial on January 5, 2010, Honorable Andrew J. Guilford, District Judge Presiding, **JUDGMENT** is in favor of plaintiff CLARICE VENTURA and against both Defendants: THE H&N GROUP MANAGEMENT CO. and HAPPY NAILS OF SAN CLEMENTE, L.P., jointly and severally, in the amount of $4,000, plus attorney's fees and costs in the amount of _____.

Dated: January 8, 2010_____

By:_____
United States District Judge
Andrew J. Guilford